# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH MARSHALL DORSEY, IV,** | : | **CIVIL NO. 1:17-CV-1261** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of January, 2018, upon consideration of plaintiff's "motion to dismiss complaint against all defendants" (Doc. 26), wherein he requests to withdraw his complaint against all named defendants, it is hereby ORDERED that:

1. The motion (Doc. 26) to dismiss the complaint against all defendants is construed as a motion for voluntary dismissal and is GRANTED.

2. The complaint (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this action.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania